IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| LARRY JEROME RAINEY, | ) | Civil Action No. 0:16-cv-2113-RMG-PJG |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | **PROPOSED ORDER GRANTING** |
| | ) | **DEFENDANTS' MOTION FOR** |
| CLASSIFICATION MR. BETHEA, MRS. ROBERTS, MS. STYLES, MR. WILLIE EAGLETON, | ) | **LEAVE TO TAKE THE DEPOSITION OF PLAINTIFF LARRY JEROME RAINEY** |
| | ) | **(#134903)** |
| DEFENDANTS. | ) | |
| | ) | |

It appearing that the Defendants, Mr. Bethea, Mrs. Roberts, Ms. Styles, and Mr. Eagleton seek to take the deposition of Larry Jerome Rainey, (#134903), the *pro se* Plaintiff in the above case; and it appearing further that the Plaintiff is incarcerated at Lieber Correctional Institution located in Ridgeville, South Carolina; and it appearing further that Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure requires that a party must obtain leave of Court if the person to be examined is confined in prison; and it appearing that the named Plaintiff has filed suit in the District Court of South Carolina seeking damages allegedly resulting from the actions and/or inactions of the Defendants while the named Plaintiff was incarcerated at the Evans Correctional Institution.

IT IS SO ORDERED, upon Defendants' Motion, that leave of Court is granted for the deposition of Larry Jerome Rainey, (#134903), in accordance with Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure.

[SIGNATURE BLOCK TO FOLLOW]

IT IS SO ORDERED this 15th day of November, 2016.

                                                       _____
                                                       Paige J. Gossett
                                                       UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

2